# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4820
_____

THOMAS B. FELTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

January 3, 2019

PER CURIAM.

AFFIRMED. *See Davis v. State*, 214 So. 3d 799 (Fla. 1st DCA 2017).

ROWE, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas B. Felton, pro se, Appellant.

Ashley Brooke Moody, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.